**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FYI CORPORATION,**

                  **Plaintiff,**

**-vs-**                                                          **Case No. 6:05-cv-1395-Orl-28DAB**

**SABRE, INC., TRAVELOCITY.COM, L.P.,**

                  **Defendants.**

_____

**ORDER**

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(D) [TO COMPEL A SECOND RULE 30(B)(6) DEPOSITION] (Doc. No. 28)** |
| **FILED:** | **February 22, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**; however, Plaintiff is bound by the deposition responses of its corporate representative.

| | |
|---|---|
| **MOTION:** | **FYI CORPORATION'S MOTION TO COMPEL SABRE INC.'S APPEARANCE AT DEPOSITION (Doc. No. 33-1)** |
| **FILED:** | **March 15, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

-2-

| | |
|---|---|
| **MOTION:** | **FYI CORPORATION'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES FROM SABRE INC. (Doc. No. 34-1)** |
| **FILED:** | **March 15, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **FYI CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM SABRE, INC. (Doc. No. 37)** |
| **FILED:** | **March 16, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **SABRE INC.'S MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN OPPOSITION TO FYI CORPORATION'S MOTIONS TO COMPEL (Doc. No. 41)** |
| **FILED:** | **March 22, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED except as provided below.**

| | |
|---|---|
| **MOTION:** | **MOTION FOR TEN (10) DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT SABRE INC.'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 48)** |
| **FILED:** | **March 30, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part.  Plaintiff will have until April 4, 2006 at 5:00 p.m. to electronically file its Response.

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR AN EXTENSION OF TIME TO CONDUCT MEDIATION (Doc. No. 47)** |
| **FILED:** | **March 27, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

-3-

The Court will conduct a further Discovery Conference on Thursday April 13, 2006 at 10:00 a.m. to consider any remaining issues as to the scope of discovery to be provided by Defendant Sabre. Counsel are expected to confer in detail and in good faith prior to that hearing to resolve or narrow any disputes.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record